No. 90–5844. FOUCHA v. LOUISIANA. Sup. Ct. La. [Certiorari granted, 499 U. S. 946.] Motions of American Psychiatric Association and American Orthopsychiatric Association et al. for leave to file briefs as *amici curiae* granted.

No. 90–7740. NEEDLER v. VALLEY NATIONAL BANK OF ARIZONA ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 8, 1991, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE MARSHALL and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 90–7728. IN RE MOORE. Petition for writ of mandamus denied.

No. 90–7647. IN RE SCHMIDT. Petition for writ of prohibition denied.

No. 90–1629. UNITED STATES v. NORDIC VILLAGE, INC. C. A. 6th Cir. Certiorari granted.

No. 90–1029. EASTMAN KODAK CO. v. IMAGE TECHNICAL SERVICES, INC., ET AL. C. A. 9th Cir. Motion of Computer and Business Equipment Manufacturers Association for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 90–1150. WILLY v. COASTAL CORP. ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 90–834. HOME STATE BANK v. JOHNSON. C. A. 10th Cir. Certiorari denied.

No. 90–984. KANSAS GAS & ELECTRIC CO. v. KANSAS STATE CORPORATION COMMISSION ET AL. Ct. App. Kan. Certiorari denied.